# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: **SA CV 17-00873-SVW (PLA)**　　　　　　　　　　　　　　Date: **June 30, 2017**

Title:　**Christopher J. Curletti v. Nancy A. Berryhill, Acting Commissioner of Social Security**

---

PRESENT: THE HONORABLE **PAUL L. ABRAMS**　　　　　　　☐ U.S. DISTRICT JUDGE
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　☒ MAGISTRATE JUDGE

| **Christianna Howard** | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**　　　　　　　**ATTORNEYS PRESENT FOR DEFENDANT:**
　　　　　　NONE　　　　　　　　　　　　　　　　　　　　　　　　　　NONE

**PROCEEDINGS:　(IN CHAMBERS)**

Pursuant to this Court's Order of May 25, 2017, plaintiff was ordered to file a Proof of Service showing compliance with Paragraph 1 of the Court's Order within thirty days after the date of the Order, i.e., by June 26, 2017. To date, the Proof of Service has not been filed with the Court. Accordingly, **no later than July 7, 2017, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow Court orders. Filing of the Proof of Service on or before July 7, 2017, shall be deemed compliance with this Order to Show Cause.


cc:　　Christopher J. Curletti, pro se




　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Initials of Deputy Clerk　　ch

---