# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES-GENERAL

Case No.: **SA CV 17-00873-SVW (PLA)**  Date: **January 31, 2018**

Title:  **Christopher J. Curletti v. Nancy A. Berryhill, Acting Commissioner of Social Security**

---

**PRESENT:** THE HONORABLE  **PAUL L. ABRAMS**

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

**ATTORNEYS PRESENT FOR PLAINTIFF:**  
NONE

**ATTORNEYS PRESENT FOR DEFENDANT:**  
NONE

**PROCEEDINGS:  (IN CHAMBERS)**

On January 11, 2018, defendant filed a Proof of Service re Defendant's Response to Plaintiff's Settlement Letter (ECF No. 18). Pursuant to this Court's Order of May 25, 2017 (ECF No. 7), the parties were to notify the Court, through the lodging of a proposed Judgment, if a voluntary remand was being accepted in this case within five (5) business days of defendant's Response. In the event that there was no agreement as to a voluntary remand, **plaintiff** was to inform the Court of this fact through the filing of a pleading entitled "Notice of Compliance with Settlement Conference Order" within three(3) business days of the Response. To date, neither of these documents has been received by the Court. Accordingly, **no later than March 2, 2018, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute. Filing of one of the two required documents set forth in the May 25, 2017, Order, shall be deemed compliance with this Order to Show Cause.

**Plaintiff's failure to timely respond to this Order shall result in dismissal of this action.**

cc:     Christopher J. Curletti, pro se
        Jean M. Turk, SAUSA

Initials of Deputy Clerk ___ch___