# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| CHRISTOPHER J. CURLETTI, | No. SA CV 17-873-SVW (PLA) |
| , | **JUDGMENT** |
| v. | |
| NANCY BERRYHILL, DEPUTY COMMISSIONER OF OPERATIONS FOR THE SOCIAL SECURITY ADMINISTRATION, | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that plaintiff's request for remand is granted, the decision of the Commissioner is reversed, and this action is remanded to defendant for further proceedings consistent with the Report and Recommendation.

DATED: July 26, 2018

_____
HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE